UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LLAMAR VENSON**, <br><br> Petitioner, <br><br> v. <br><br> **ROBERT VASHAW**, <br><br> Respondent. | 2:20-CV-11865 <br><br> HON. TERRENCE G. BERG <br><br> **ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

# JUDGMENT

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED.**

**IT IS FURTHER ORDERED** that a certificate of appealability and permission to appeal in forma pauperis are **DENIED.**

Dated at Detroit, Michigan, this 30th day of June, 2021.

                                               KINIKIA ESSIX
                                               CLERK OF THE COURT

APPROVED:

                                               BY: /s/A. Chubb
                                               DEPUTY CLERK

/s/Terrence G. Berg
Terrence G. Berg
United States District Court